STEFANIE T. SHARP, ESQ. (NSB# 8661)
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
Email: sharp@rssblaw.com
*Attorneys for Plaintiff BioStem Technologies, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BIOSTEM TECHNOLOGIES, INC., a Florida corporation<br><br>Plaintiff,<br>vs.<br><br>PROTECTUS TECHNOLOGIES LLC, a Nevada limited liability company; PROTECTUS CONSULTING LLC, a Nevada limited liability company; PROTECTUS LLC, a Nevada limited liability company; and DOES I THROUGH X, inclusive;<br><br>Defendants. | CASE NO.: Case 2:22-cv-01024-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**ECF No. 17** |

IT IS HEREBY STIPULATED and AGREED, by and between the parties through their attorneys of record herein that the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees and costs.

| | |
|---|---|
| DATED this 2ND day of December, 2022.<br><br>ROBISON, SHARP, SULLIVAN & BRUST<br><br>*/s/ Stefanie T. Sharp, Esq.*<br>STEFANIE T. SHARP, ESQ.<br>*Attorneys for Plaintiff BioStem Technologies, Inc.* | DATED this 2ND day of December, 2022.<br><br>ENENSTEIN PHAM & GLASS, LLP<br><br>*/s/ Robert A. Rabbat, Esq.*<br>ROBERT A. RABBAT, ESQ.<br>*Attorneys for Defendants Protectus Technologies LLC and Protectus LLC* |
| DATED this 2ND day of December, 2022.<br><br>THE LAW OFFICES OF TIMOTHY ELSON, ESQ.<br><br>*/s/ Timothy Elson, Esq.*<br>TIMOTHY ELSON, ESQ.<br>*Attorney for Defendant Protectus Consulting LLC*<br><br>././/. | **ORDER**<br><br>Based on the parties' stipulation [ECF No. 17] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.<br><br>_____<br>**U.S. District Judge  12/6/22** |